IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMI MARTIN, as personal representative for the Estate of Maria Atkins,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US LLC and JOHN DOES 1-5,<br><br>    Defendants. | CV 25-91-M-KLD<br><br>**ORDER** |

    Defendant FCA US LLC moves for the admission of Derek H. Swanson to practice before this Court in this case with Jill Gerdrum to act as local counsel. Mr. Swanson's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Derek H. Swanson pro hac vice is GRANTED on the condition that Mr. Swanson shall do his own work. This means that Mr. Swanson must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Swanson, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 4th day of August, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge