IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMI MARTIN, as Personal Representative for the Estate of MARIA ATKINS, | CV 25-91–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| FCA US LLC, and JOHN DOES 1-5, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a), (Doc. 31),

IT IS ORDERED that the motion, (Doc. 31), is GRANTED, and this cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and fees.

DATED this 3rd day of August, 2026

Dana L. Christensen, District Judge
United States District Court